UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

       Plaintiff,

v.                                                        Case No:   2:16-cv-98-FtM-99CM

BRIXMOR PARK SHORE
OUTPARCEL LLC and BRIXMOR
PARK SHORE SC LLC,

       Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on Plaintiff Patricia Kennedy's Notice of Voluntary Dismissal as to Defendant Brixmor Park Shore Outparcel LLC Only (Doc. #14) filed on March 29, 2016.  Plaintiff recently commenced this suit against Defendants Brixmor Park Shore Outparcel LLC and Brixmor Park Shore SC, LLC under Title III of the Americans With Disabilities Act.  (Doc. #1).  Defendant Brixmor Park Shore Outparcel thereafter moved to extend the deadline to respond to the Complaint (Doc. #9; Doc. #12), which the Court granted (Doc. #11; Doc. #13).  Plaintiff now advises that she is voluntarily dismissing Defendant Brixmor Park Shore Outparcel from this suit without prejudice. (Doc. #14).  But her case remains pending against Defendant Brixmor Park Shores SC, LLC.  (Doc. #14).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites.  Likewise, the Court has no agreements with any of these third parties or their websites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Rule 41 of the Federal Rules of Civil Procedure states, among other things, that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]"  Fed. R. Civ. P. 41(a)(1)(A)(i).  This dismissal is effective upon filing and requires no further action by the Court.  See *Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012)*.  Here, Defendant Brixmor Park Shore Outparcel has filed neither an answer nor a motion for summary judgment.  Therefore, in compliance with Rule 41(a), this action is dismissed without prejudice as to Defendant Brixmor Park Shore Outparcel only.

Accordingly, it is now

**ORDERED:**

Plaintiff Patricia Kennedy's Notice of Voluntary Dismissal as to Defendant Brixmor Park Shore Outparcel LLC Only (Doc. #14) is **GRANTED**.  This Order does not affect Plaintiff's case against Defendant Brixmor Park Shore SC, LLC.[2]

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of March, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[2] A *sua sponte* review of the docket shows that Plaintiff has not presented a summons for Defendant Brixmor Park Shore SC LLC to the clerk for signature and seal.  See Fed. R. Civ. P. 4.